AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH D. SMITH

          Plaintiff            JUDGMENT IN A CIVIL CASE

          v.            CASE NUMBER: 2:20-CV-136

MARSHAWN Y. DAVIS

          Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated February 16, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court.  Plaintiff's Complaint is DISMISSED without prejudice.  Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: February 16, 2021

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03